# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **$123,020 IN UNITED STATES CURRENCY**, <br><br> Defendant. | Civil No. 23-03381-CV-S-MDH |

## ORDER OF DEFAULT JUDGMENT OF FORFEITURE

Plaintiff, United States of America, has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of a final judgment by default. Plaintiff has shown that there was reasonable cause for seizure of the defendant currency, that a complaint for forfeiture was filed, that all known potential claimants were served with process, and that any and all other claimants have been served by publication. However, no potential claimant has filed a timely claim to the defendant currency. Therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED:

1) that a default judgment of forfeiture is hereby entered against the defendant $123,020 in United States currency;

2) that all persons claiming any right, title or interest in or to the defendant currency are held in default;

3) that all claims and interests in the defendant currency are forever foreclosed and barred;

4) that the defendant currency is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C);

5) that the defendant currency shall be disposed of according to law.

6) that the Clerk of the Court shall enter a judgment consistent with this order.

**IT IS SO ORDERED**.

DATED: April 10, 2024         */s/ Douglas Harpool*
                              **DOUGLAS HARPOOL**
                              **UNITED STATES DISTRICT JUDGE**